IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOE S. HENDERSON, III, <br> d/b/a Corporate Air, | * <br> * <br> * | |
| Plaintiff, | * <br> * | |
| vs. | * <br> * | No. 4:07CV00874 SWW |
| CITY OF NORTH LITTLE ROCK, ET AL., | * <br> * | |
| Defendants. | * <br> * | |

**Order**

Having been informed that the parties agree, the Court hereby grants plaintiff an extension of time within which to respond to defendants' joint motion to compel [docket entry 87]. Plaintiff's response is due on or before July 21, 2008.

SO ORDERED this 3rd day of July 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE